IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ELIZUR GONZAGA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No.  3:16-CV-3481-D |
| | § | |
| AMERICAN BANKERS INSURANCE | § | |
| COMPANY OF FLORIDA, | § | |
| | § | |
| Defendant. | § | |

## **ORDER**

The parties have advised the court that the parties have settled this case.  Accordingly, this case is administratively closed for statistical purposes without prejudice to being reopened to enter a judgment or order of dismissal or for further proceedings if the settlement is not consummated.

The parties' request for entry of a stay through November 4, 2017 is granted.

**SO ORDERED**.

October 6, 2017.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE